1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9                         FRESNO DIVISION

10

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO.  1:11-cv-01881-AWI-DLB** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER** |
| **v.** | |
| **LUCAS GARCIA BLAS, et al.** | |
| **Defendant.** | |

17        TO THE HONORABLE DENNIS L. BECK, THE PARTIES AND THEIR

18  ATTORNEY/S OF RECORD:

19        As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon

20  defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill.

21        **WHEREFORE**, Plaintiff makes the following representations and recommendations:

22

23        1.        On November 10, 2011, Plaintiff's Complaint was filed against Defendant Lucas

24  Garcia Blas, individually and d/b/a Manila Ranch Grill.

25        2.        Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant,

26  Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill, despite diligent efforts to do so.

27  (Please find a true and correct copy of the process server's Status Reports attached hereto and made

    part hereof as Plaintiff's Exhibit 1).
28

3.      Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for February 21, 2012 at 9:00 AM.   As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for February 21, 2012 at 9:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  February 15, 2012                      */s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                               By: Thomas P. Riley
                                               Attorneys for Plaintiff
                                               J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 1:11-cv-01881-AWI-DLB**

1

2

### **ORDER** (Proposed)

3      It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-01881-

4   AWI-DLB styled *J & J Sports Productions, Inc. v. Lucas Garcia Blas, et al*., is hereby continued from

5   9:00 AM, February 21, 2012 to April 26, 2012 at 9:00 am.

6      Plaintiff is granted an additional 60 days from today's date to effectuate service of the

7   Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the

8   alternative, a Notice of Voluntary Dismissal as to defendant Lucas Garcia Blas, individually and d/b/a

9   Manila Ranch Grill, where service has not been made or service by publication requested.

10      Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

11   Service of this Order with the Clerk of the Court.

12

IT IS SO ORDERED.

13

14   Dated:   **February 21, 2012**        /s/ *Dennis L. Beck*

15                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28