Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-01881-AWI-DLB |
| Plaintiff, | PLAINTIFF'S SECOND *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| LUCAS GARCIA BLAS, et al. | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1. On November 10, 2011, Plaintiff's Complaint was filed against Defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill.

2. Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill, despite diligent efforts to do so. (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.      Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Scheduling Conference presently set for April 26, 2012 at 9:00 AM.    As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for April 26, 2012 at 9:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  April 24, 2012                           */s/ Thomas P. Riley*
                                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                 By: Thomas P. Riley
                                                 Attorneys for Plaintiff
                                                 J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///

# <u>ORDER</u>

It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-01881-AWI-DLB styled *J & J Sports Productions, Inc. v. Lucas Garcia Blas, et al*., is hereby continued from 9:00 AM, April 26, 2012 to June 18, 2012 at 9:00 am.  Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   __April 25, 2012__                    _____ /s/ *Dennis L. Beck*
                                                         UNITED STATES MAGISTRATE JUDGE