1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9                    FRESNO DIVISION

10
   J & J SPORTS PRODUCTIONS, INC.,        CASE NO.  1:11-cv-01881-AWI-DLB
11
                                          PLAINTIFF'S THIRD *EX PARTE*
12        Plaintiff,                       APPLICATION FOR AN ORDER
                                          CONTINUING THE SCHEDULING
13        v.                              CONFERENCE AND EXTENDING
                                          TIME TO COMPLETE SERVICE; AND
14 LUCAS GARCIA BLAS, et al.              ORDER

15
          Defendant.
16

17        TO  THE  HONORABLE  DENNIS  L.  BECK,  THE  PARTIES  AND  THEIR

18 ATTORNEY/S OF RECORD:

19        As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon

20 defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill.

21        WHEREFORE, Plaintiff makes the following representations and recommendations:

22

23        1.      On November 10, 2011, Plaintiff's Complaint was filed against Defendant Lucas

24 Garcia Blas, individually and d/b/a Manila Ranch Grill.

25

26        2.      Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant,

   Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill, despite diligent efforts to do so.
27
   (Please find a true and correct copy of the process server's Status Reports attached hereto and made
28
   part hereof as Plaintiff's Exhibit 1).

3.     Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order further continuing the Scheduling Conference presently set for June 18, 2012 at 9:00 AM.    As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45) days.

4.     Although Plaintiff's counsel was recently informed that the defendant has "moved to Mexico," Plaintiff respectfully request this additional continuance of time to skiptrace the defendant and determine *conclusively* whether such is the case.  In the event it is determined Defendant has relocated to Mexico, Plaintiff's counsel will seek no further extensions in this action and will either dismiss the defendant outright or seek to effect service by publication within the additional days granted by way of this Application form this Honorable Court.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for June 18, 2012 at 9:00 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  May 22, 2012                          */s/ Thomas P. Riley*
                                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                             By: Thomas P. Riley
                                             Attorneys for Plaintiff
                                             J & J Sports Productions, Inc.

///

///

**ORDER**

It is hereby ordered that the Scheduling Conference in civil action number 1:11-cv-01881-AWI-DLB styled *J & J Sports Productions, Inc. v. Lucas Garcia Blas, et al.*, is hereby continued from 9:00 AM, June 18, 2012 to August 20, 2012 at 9:00 am before Magistrate Judge Beck.

Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **May 23, 2012**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S THIRD *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) CASE NO. 1:11-cv-01881-AWI-DLB**