1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

**FILED**

AUG 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 11-cv-1881-AWI-DLB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LUCAS GARCIA BLAS, INDIVIDUALLY, and d/b/a MANILA RANCH GRILL, |
| vs. | |
| Lucas Garcia Blas, et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN, that, Plaintiff voluntarily dismisses, *without prejudice,* defendant Lucas Garcia Blas, individually and d/b/a Manila Ranch Grill.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 29, 2012      /s/ Thomas P. Riley
                          LAW OFFICES OF THOMAS P. RILEY, P.C.
                          By: Thomas P. Riley
                          Attorneys for Plaintiff
                          J & J Sports Productions, Inc.

It is so Ordered. Dated: 8-2-12

_____
United States District Judge

Page 1